ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| KOA International, Inc. | ) ASBCA No. 62590 |
| | ) |
| Under Contract No. SPE600-16-C-5013 | ) |

APPEARANCES FOR THE APPELLANT:    George Fibbe, Esq.
    Baker Botts LLP
    Houston, TX

    Bryon Becker, Esq.
    Baker Botts LLP
    Washington, DC

APPEARANCE FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
    DLA Chief Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: July 7, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62590, Appeal of KOA International, Inc., rendered in conformance with the Board's Charter.

Dated: July 7, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals